# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:25−cv−01317−PGB−LHP

Packan, Jr., v. Margaritaville at Sea. LLC
Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Leslie Hoffman Price
Demand: $75,000
Cause: 28:1333 Admiralty

Date Filed: 07/15/2025
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**David Packan, Jr.,**

represented by **Michael Nicholas Lygnos**
Lygnos Law Firm
111 N. Belcher Rd.
Suite 204
Clearwater, FL 33765
727−726−9100
Fax: 727−726−9500
Email: marinelaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Karatinos**
Law Office of Nicholas E. Karatinos
18920 N. Dale Mabry Highway
Suite 101
Tampa, FL 33548
813−345−5945
Fax: 813−670−2661
Email: nicholas.karatinos@outlook.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Margaritaville at Sea. LLC**
*TERMINATED: 08/14/2025*

represented by **Tyler Canfield**
Foreman Friedman
2 South Biscayne Blvd.
Suite 2630
Miami, FL 33131
631−766−1058
Email: tcanfield@fflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Classica Cruise Operator Ltd. Inc.**
*a foreign for profit corp.*
*doing business as*
Classica Cruise Operator LTD
*doing business as*

represented by **Tyler Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Margaritaville at Sea

**Darren Friedman**
Foreman Friedman
FL
2 South Biscayne Blvd, Suite 2630
Miami, FL 33131
305−358−6555
Fax: 305−374−9077
Email: dfriedman@fflegal.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2025 | Ï 1 | COMPLAINT against Margaritaville at Sea. LLC with Jury Demand (Filing fee $405 receipt number AFLMDC−23609590) filed by David Packan, Jr.,. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Lygnos, Michael) Modified on 7/16/2025 to edit docket text (JDR). (Entered: 07/15/2025) |
| 07/16/2025 | Ï 2 | NEW CASE ASSIGNED to Judge Paul G. Byron and Magistrate Judge Leslie Hoffman Price. New case number: 6:25−cv−01317−PGB−LHP. (JOS) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 3 | SUMMONS issued as to Margaritaville at Sea. LLC. (JDR) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 4 | **INITIAL CASE ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 7/16/2025. (KM)** (Entered: 07/16/2025) |
| 08/06/2025 | Ï 5 | **ORDER to show cause as to David Packan, Jr. Plaintiff has failed to comply with the Court's Order of July 16, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement. Therefore, it is ORDERED that Plaintiff shall SHOW CAUSE and file a response to said Order within fourteen (14) days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions. Signed by Judge Paul G. Byron on 8/6/2025. (KM)** (Entered: 08/06/2025) |
| 08/13/2025 | Ï 6 | AMENDED COMPLAINT against Classica Cruise Operator Ltd. Inc. with Jury Demand. filed by David Packan, Jr.,. Related document: 1 Complaintfiled by David Packan, Jr. (Attachments: # 1 Civil Cover Sheet Amended to reflect proper defendant, # 2 Proposed Summons Summons for correct defendant)(Lygnos, Michael) (Entered: 08/13/2025) |
| 08/14/2025 | Ï 7 | SUMMONS issued as to Classica Cruise Operator Ltd. Inc. (LD) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 8 | NOTICE TO COUNSEL Michael Nicholas Lygnos of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who − unless the party changes the designation − remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (LD) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 9 | NOTICE of Lead Counsel Designation by Michael Nicholas Lygnos on behalf of David Packan, Jr. Lead Counsel: Michael N. Lygnos. (Lygnos, Michael) Modified text on 8/18/2025 (AA). (Entered: 08/14/2025) |
| 08/14/2025 | Ï 10 | NOTICE of a related action per Local Rule 1.07(c) by David Packan, Jr. Related case(s): No (Lygnos, Michael) Modified on 8/15/2025 as to docket text (LJC). (Entered: 08/14/2025) |
| 08/14/2025 | Ï 11 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by David Packan, Jr. (Lygnos, Michael) Modified on 8/15/2025 as to docket text (LJC). (Entered: 08/14/2025) |

| | | |
|---|---|---|
| 08/15/2025 | 12 | NOTICE TO COUNSEL Nicholas E. Karatinos of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (LJC) (Entered: 08/15/2025) |
| 08/20/2025 | 13 | Summons returned executed PROOF of service by David Packan, Jr., (Lygnos, Michael) Modified text on 8/20/2025 (AA). (Entered: 08/20/2025) |
| 09/03/2025 | 14 | MOTION to Change Venue / Transfer Case by David Packan, Jr.,. (Attachments: # 1 Exhibit Contract posted on Internet, # 2 Exhibit Contract provided by Defendant)(Lygnos, Michael) (Entered: 09/03/2025) |
| 09/05/2025 | 15 | *Defendant's* ANSWER to 6 Amended Complaint by Classica Cruise Operator Ltd. Inc. (Canfield, Tyler) Modified on 9/8/2025 to remove filer (AJS). (Entered: 09/05/2025) |
| 09/08/2025 | 16 | NOTICE TO COUNSEL Darren W. Friedman of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 09/08/2025) |
| 09/18/2025 | 17 | **ORDER granting 14 Unopposed Motion to Transfer Case to Southern District of Florida (West Palm Beach) for Purposes of Venue. The Clerk is DIRECTED to transfer this matter to the West Palm Beach Division of the Southern District of Florida. The Clerk is DIRECTED to thereafter close the case. See Order for further details. Signed by Judge Paul G. Byron on 9/18/2025. (REG)** (Entered: 09/18/2025) |